FIELDS, et ux, *Respondents,*
*v.*
GORACKE, et ux, *Appellants.*
(No. CI 78-10842, CA 13353)

595 P2d 847

S. David Eves, Corvallis, argued the cause for appellants. On the brief were Robert S. Gardner and Ringo, Walton, Eves & Gardner, Corvallis.

R. Scott Taylor, Veneta, argued the cause for respondents. With him on the brief was Taylor and Taylor, Veneta.

Before Schwab, Chief Judge, and Lee, Gillette and Campbell, Judges.

PER CURIAM

## PER CURIAM

In this suit for an injunction, defendants appeal from an adverse decree. The district court did not have jurisdiction. ORS 46.060.

Reversed and remanded with directions to dismiss the complaint.